IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>AIDAN L. COBB,<br><br>            Defendant. | 8:24CR88<br><br>ORDER |

    This matter is before the Court on the government's Motion for Dismissal (Filing No. 37) of Count II of the Indictment as to defendant Aidan L. Cobb pursuant to Federal Rule of Criminal Procedure 48(a). The government requests Counts II of the Indictment be dismissed with prejudice as to Aidan L. Cobb.

    The Motion is granted and Count II of the Indictment against Aidan L. Cobb is dismissed with prejudice.

    IT IS SO ORDERED.

    Dated this 3rd day of July 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge